# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

Plaintiff,

v.                                              Case No.: 1:23–cv–02312

Honorable John F. Kness

IFS North America, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 16, 2023:

     MINUTE entry before the Honorable John F. Kness:Before the Court is the Joint Initial Status Report [9] submitted by the parties. Upon review of the Report and the Schedule recommended by the parties, the Court finds the schedule to be reasonable and thus adopts the parties' recommendations. Enter separate scheduling order. The parties are cautioned that the fact discovery cutoff date is a governing deadline and that no extensions of this deadline will be granted absent a showing of good cause. See Fed. R. Civ. P. 16(b)(4). In addition, the 6/22/2023 status hearing is stricken and reset for 10/26/2023 at 09:30 AM. The parties are to use the following call–in number: 888–684–8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.