IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| COMBINED SELECTION GROUP, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-02312 |
| | ) | |
| v. | ) | Hon. John F. Kness |
| | ) | |
| IFS NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court has reviewed the parties' **Joint Initial Status Report**, which contains a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

The parties are reminded that the pendency of a dispositive motion, such as a motion to dismiss, does not automatically cause discovery to be stayed.

| Event | Deadline |
|---|---|
| Motions to Amend the Pleadings | N/A |
| Service of process on any "John Does" | N/A |
| Completion of Fact Discovery | October 13, 2023 |
| Disclosure of Plaintiff's Expert Report(s) | November 10, 2023 |
| Deposition of Plaintiff's Expert | December 1, 2023 |
| Disclosure of Defendant's Expert Report(s) | December 22, 2023 |
| Deposition of Defendant's Expert | January 19, 2024 |

| Dispositive Motions | February 16, 2024 |
|---|---|

SO ORDERED.

Date: **June 16, 2023**

_____
JOHN F. KNESS
United States District Judge

Prepared By:

Kyle T. Dillon
MCFADDEN & DILLON, P.C.
120 South LaSalle Street, Suite 1920
Chicago, Illinois 60603
(312) 201-8300
k.dillon@mcdillaw.com
One of the attorneys for the plaintiff,
Combined Selection Group, Ltd.

Ross M. Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: 312.899.6625
ross@loftusandeisenberg.com
One of the attorneys for Defendant,
IFS North America, Inc.

2