**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Combined Selection Group, LTD.

                                      Plaintiff,

v.                                                              Case No.: 1:23–cv–02312
                                                                Honorable John F. Kness

IFS North America, Inc.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 28, 2023:

        MINUTE entry before the Honorable John F. Kness: In an email sent to the Courtroom Deputy on 8/23/2023, the parties asked the Court to refer this case to Magistrate Judge Fuentes for a settlement conference and to stay all deadlines. Based on this request, the Court recommends that the Executive Committee refer the case to Judge Fuentes for a settlement conference and to supervise all discovery. Judge Fuentes should be given full authority to set or amend all case related deadlines, including extending or lifting the stay should he, in his discretion, deem it necessary. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.