# United States District Court
# Northern District of Illinois

In the Matter of

Combined Selection Group, LTD.

v.

IFS North America, Inc.

Magistrate Judge Gabriel Fuentes

Case No. 23-CV-2312

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Gabriel Fuentes, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge John F. Kness**

Date: Monday, August 28, 2023

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Gabriel Fuentes

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, August 28, 2023

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- All Discovery Motions

- Discovery Supervision

- Discovery Conference under Rule 26(f)

- Settlement Conference

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Referral - To Designated Magistrate Judge