## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

                                        Plaintiff,

v.                                                             Case No.: 1:23−cv−02312

                                                                              Honorable John F. Kness

IFS North America, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: This matter coming before the magistrate judge on referral for discovery supervision and a settlement conference at the parties' request (doc. #s [12], [13]), a pre−settlement telephonic conference with counsel is set for 9 a.m. on 9/5/23 to discuss format and scheduling of a video settlement conference. Counsel should be prepared with available settlement conference dates for counsel and clients in September and October 2023. Counsel should contact the magistrate judge jointly at the time of the pre−settlement conference on the number to be provided to them by the courtroom deputy. Counsel is further directed to review the Court's Standing Order for Settlement Conferences and Top Ten Ways to Defeat Settlement, both available on the Court's website. Further, the parties are invited, if they wish, to communicate their pronouns for counsel or clients to the courtroom deputy, Lauren Knight, at 312−818−6514. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.