## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

                              Plaintiff,

v.                                                                   Case No.: 1:23−cv−02312

                                                                               Honorable John F. Kness

IFS North America, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 24, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Pre−settlement telephonic conference held on 10/23/23. The parties reported as to their preparedness for the settlement conference set for 11/2/23. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.