## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

                                 Plaintiff,

v.                                                          Case No.: 1:23–cv–02312

                                                                     Honorable John F. Kness

IFS North America, Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 2, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Settlement conference held. The parties did not reach an agreement to settle the matter. The previous discovery schedule (doc. #[11]) called for a fact discovery cutoff of 10/13/23, which already is past, and although discovery was never stayed formally, the magistrate judge and the parties understood that since late August 2023, the parties have been focused on attempting to resolve the matter through the alternative dispute resolution mode of settlement. Insofar as today's settlement conference resulted in the parties returning to the litigation portal, the discovery machine now must fire up its engines. The magistrate judge officially vacates the earlier scheduling order (doc. #[11]) and directs the parties to confer under Rule 26(f) about a schedule within which to complete the discovery they previously outlined (doc. #[9]). A joint Rule 26(f) status report on that conferral is due by noon on 11/16/23, whereupon the magistrate judge will issue a further order on discovery scheduling and firm deadlines. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.