**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Combined Selection Group, LTD.

           Plaintiff,

v.                    Case No.: 1:23–cv–02312
                   Honorable John F. Kness

IFS North America, Inc.

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 17, 2023:

   MINUTE entry before the Honorable Gabriel A. Fuentes: The Court appreciates the parties' Rule 26(f) report (doc. #20) proposing a discovery schedule, which the Court considers sufficient for this case and adopts as firm: (1) completion of fact discovery on 3/15/24; (2) Rule 26(a)(2) expert reports to be served by plaintiff no later than 4/15/24 and defendant no later than 6/28/24; (3) expert depositions must be completed by 6/1/24 (plaintiff's expert) and 6/28/24 (defendant's expert), with all discovery closing on 6/28/24 and the dispositive motion filing date set for 8/30/24, subject to modification by the district court. The next joint written status report on discovery progress and settlement status is set for noon on 1/18/24. The Court wishes all a joyous Thanksgiving holiday. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.