IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| COMBINED SELECTION GROUP, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-02312 |
| | ) | |
| v. | ) | Hon. John F. Kness |
| | ) | |
| IFS NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL JOINT STATUS REPORT**

This Supplemental Joint Status Report is submitted by the parties in compliance with the Court's direction to provide the status of discovery and possibility of settlement The Parties have again conferred as required by Rule 26(f), and jointly submit the following discovery report. The parties inform the court that they each of them have responded to discovery requests submitted by the other consisting of requests for documents and the submission of written interrogatories. The parties have conferred and have agreed to timely supplement and clarify a limited number of those responses to requests for documents and responses to interrogatories. The parties are in the process of confirming dates for requested depositions in order to comply with the court's Order entered on November 17,2023. As for the status of settlement discussions the parties have also conferred and have agreed keep the possibility of further discussions open as discovery continues.

.

2

Respectfully submitted,

COMBINED SELECTION GROUP, LTD.

/s/ Thomas J. Dillon
One of the attorneys for the plaintiff,
Combined Selection Group, Ltd.

Thomas J. Dillon (ARDC #3124223)
t.dillon@mcdillaw.com
Kyle T. Dillon (ARDC #6323818)
k.dillon@mcdillaw.com
MCFADDEN & DILLON, P.C.
120 South LaSalle Street, Suite 1920
Chicago, Illinois 60603
(312) 201-8300


/s/ Ross M. Good
One of the attorneys for Defendant,
IFS NORTH AMERICA, INC.

Ross M. Good, Esq.
David A. Eisenberg, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: 312.899.6625
ross@loftusandeisenberg.com

2