# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

                                      Plaintiff,

v.                                                             Case No.: 1:23–cv–02312

                                                                                   Honorable John F. Kness

IFS North America, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2024:

        MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the parties' joint written status report (doc. #[24]), no adjustment to the fact or expert discovery schedule is requested or made, and the next joint status report on discovery progress and whether the parties are interested in a settlement conference with the magistrate judge is due at noon on 3/14/24. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.