### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

                                      Plaintiff,

v.                                                                    Case No.: 1:23–cv–02312

                                                                                Honorable John F. Kness

IFS North America, Inc.

                                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the joint status report (doc. #[26]), fact discovery closed on 3/15/24 and no expert discovery is anticipated, but the Court construes the report as a joint motion for leave to conduct the depositions of witnesses Etskovitz and Bergreen remotely no later than 3/27/24. Motion is granted, and such leave is granted nunc pro tunc. A joint status report on the conclusion of such discovery (and thus all discovery) is due at noon on 4/4/24, and unless the report includes a request for a further settlement conference with the magistrate judge, the referral is expected to be terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.