# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

                              Plaintiff,

v.                                                    Case No.: 1:23–cv–02312

                                                               Honorable John F. Kness

IFS North America, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2024:

        MINUTE entry before the Honorable John F. Kness: In a Joint Status Report [30] signed by counsel for both parties and filed on 04/09/2024, counsel jointly reported that "[t]he parties DO consent to proceed before the Magistrate Judge at this time." According to Local Rule 73.1(c), to proceed before a magistrate judge, parties must "jointly file a statement consenting to the reassignment," and "any joint filing signifying the parties' consent to have all proceedings handled by the magistrate judge (such as in an Initial Status Report or proposed Case Management Order) is sufficient provided all parties sign such consent." See N.D. Ill. L.R. 73.1(c). The parties' jointly–filed and signed status report is sufficient to indicate consent by all parties to proceeding before a magistrate judge. As a result, the Court asks that the Executive Committee reassign this case on consent to Magistrate Judge Fuentes for all remaining matters through final judgment. Any deadlines previously set by this Court are terminated unless adopted by Judge Fuentes. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.