# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

                                            Plaintiff,

v.                                                         Case No.: 1:23−cv−02312
                                                                 Honorable Gabriel A. Fuentes

IFS North America, Inc.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2024:

       MINUTE entry before the Executive Committee: CONSENT REASSIGNMENT of case to the Honorable Magistrate Judge Gabriel Fuentes pursuant to Local Rule 73.1(C) for all further proceedings, parties having consented to the reassignment. Mailed notice (emc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.