## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

Plaintiff,

v.            Case No.: 1:23−cv−02312
Honorable Gabriel A. Fuentes

IFS North America, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2024:

MINUTE entry before the Honorable Gabriel A. Fuentes: This matter coming before the magistrate judge on reassignment by consent (doc. #[32]), the Court has reviewed the parties' joint status report (doc. #[30]) and proposed schedule for summary judgment. The Court enters the following schedule as proposed by the parties: motions for summary judgment shall be filed by noon on 6/17/24; responses shall be filed by noon on 7/15/24; and replies shall be filed by noon on 8/5/24. If the parties at any time decide they wish to engage in a settlement conference with a magistrate judge, they may contact the courtroom deputy, Lauren Knight, at 312−818−6514.Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.