## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

           Plaintiff,

v.                    Case No.: 1:23−cv−02312
                     Honorable Gabriel A. Fuentes

IFS North America, Inc.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2024:

  MINUTE entry before the Honorable Gabriel A. Fuentes: The parties reported to court staff that they are prepared to engage in a renewed settlement conference with the magistrate judge. A pre−settlement telephonic conference with counsel is set for 8:30 a.m. on 6/10/24 to discuss prospects for a renewed settlement conference. Counsel should contact the magistrate judge jointly at the time of the pre−settlement conference on the number to be provided to them by the courtroom deputy. Counsel are further directed to review the Court's Standing Order for Settlement Conferences and Top Ten Ways to Defeat Settlement, both available on the Court's website. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.