## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Combined Selection Group, LTD.

                                    Plaintiff,

v.                                                            Case No.: 1:23−cv−02312

                                                                  Honorable Gabriel A. Fuentes

IFS North America, Inc.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Pre−settlement telephonic conference held. The parties reported that they are prepared to participate in a reconvened settlement conference. A settlement conference, with format (video or in person) yet to be determined, is set for 8 a.m. on 7/31/24. A pre−settlement telephonic conference is set for 8:30 a.m. on 7/29/24, when the parties' counsel are directed to contact the magistrate judge at the number they have been provided. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.