**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Combined Selection Group, LTD. v. IFS North America,

Case Number: 1:23-cv-02312

An appearance is hereby filed by the undersigned as attorney for:
IFS North America, Inc.

Attorney name (type or print): David A. Eisenberg

Firm: Loftus & Eisenberg, Ltd.

Street address: 161 N. Clark Street, Suite 1600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6292764
(See item 3 in instructions)

Telephone Number: (312) 899-6625

Email Address: david@loftusandeisenberg.com

Are you acting as lead counsel in this case? ☑Yes ☐No

Are you a member of the court's general bar? ☐Yes ☑No

Are you a member of the court's trial bar? ☐Yes ☑No

Are you appearing *pro hac vice*? ☐Yes ☑No

If this case reaches trial, will you act as the trial attorney? ☐Yes ☑No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 17, 2024

Attorney signature: S/ _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023