IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMBINED SELECTION GROUP, LTD. ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> IFS NORTH AMERICA, INC., ) <br> ) <br>     Defendant. ) <br> ) | Case No: 23-CV-02312 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Defendant IFS NORTH AMERICA, INC. hereby respectfully requests that this honorable Court grant leave to withdraw as counsel for Defendant IFS NORTH AMERICA, INC. (hereafter collectively referred to as "Defendant") in the above-captioned lawsuit. In support of this motion, Defendant states as follows:

1. Ross Good entered appearance on behalf of Defendant on May 10, 2023. (Doc. 8)
2. Defendant will continue to be represented by other counsel who have already entered their appearance. (Doc. 38)

**WHEREFORE**, Defendant, IFS NORTH AMERICA, INC., respectfully requests that this honorable Court grant this motion for leave to withdraw as counsel and that ROSS GOOD's appearance be withdrawn, *instanter*.

Dated July 17, 2024                                Respectfully submitted,

                                                                     **IFS NORTH AMERICA, INC.,**
                                                                     Defendant
                                                                     By:    /s/*Ross M. Good*
                                                                                     One of His Attorneys

Ross M. Good
THE GOOD LAW GROUP
800 E. Northwest Hwy Suite 814
Palatine, IL 60074
Telephone: (847) 600-9576
Email: ross@thegoodlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

    /s/Ross M. Good